# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

136376

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY,
            Plaintiff/Counter-Defendant-
            Appellant,

v                                                      SC: 136376
                                                       COA: 272930
                                                       Genesee CC: 05-081070-CK

HARLEYSVILLE LAKE STATES
INSURANCE COMPANY,
            Defendant/Counter-Plaintiff-Cross-
            Plaintiff,
and

SHANNON PITCHER, Personal Representative
of the Estate of PERCY FRANK, Deceased,
and EDGAR FRANK, d/b/a GBS CEMENT &
BLOCK,
            Defendants/Cross-Defendants-
            Appellees.

_____/

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

Clerk

s0217